**COURTROOM DEPUTY'S MINUTES**              **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE           **DATE: August 8, 2006**
❏ BOND HEARING
❏ DETENTION HEARING           Digital Recording 3:17 - 3:32
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr173-MHT     **DEFENDANT NAME:** Monica Pearl Woodall
**AUSA:** Christopher Snyder     **DEFT. ATTY:** Richard Keith
          Type Counsel: ( )Retained; (√ ) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin
Interpreter needed: ( √ ) NO; ( )YES    Name:

---

| | |
|---|---|
| √ | Date of Arrest August 8, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney- Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❏Set for          DISCOVERY DISCLOSURE DATE:   August 8, 2006 |
| √ | WAIVER of Speedy Trial.     CRIMINAL TERM:   November 6, 2006 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |