IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  2:06-cr-0173-MHT |
| | ) |
| MONICA PEARL WOODALL, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as Court-appointed Counsel representing Monica Pearl Woodall in the above-styled cause.

Respectfully submitted this 11th day of August, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH  (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher A. Snyder, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**