```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:06cr173-MHT
MONICA PEARL WOODALL        )
```

### ORDER

It is ORDERED that the jury selection and trial of this case, now set for November 6, 2006, are reset for October 30, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 16th day of August, 2006.

```
                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE
```