# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern ☐ Southern ☐ Eastern

HON. Delores R. Boyd AT Montgomery, Alabama

DATE COMMENCED 9-25-2006 @ 11:12 ☒ a.m. ☐ p.m

DATE COMPLETED 9-25-2006 @ 11:15 ☐ a.m. ☐ p.m

CASE NO. 2:06CR173-MHT

UNITED STATES OF AMERICA VS. MONICA PEARL WOODALL
Plaintiff(s) Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**
Chris Snyder

**Defendant(s)**
Richard Keith

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: ___
Law Clerk: ___
Interpreter: ___
USPO/USPTS: ___
Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference ☐ Oral Argument ☐ Evidentiary Hrg.
☐ Revocation ☐ Scheduling Conf. ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf. ☐ Sentencing
☐ Non-Jury Trial ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other ___

☒ Pretrial Conference

Pending Motions: None
Discovery Status: Complete  Plea Status: Plea
Trial Status/Length: 1 Day  Trial Term: ___