COURTROOM DEPUTY MINUTES    DATE: 10/6/06    DIGITAL RECORDING: 11:02 - 11:30

MIDDLE DISTRICT OF ALABAMA            COURT REPORTER: Mitchell Reisner

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *DELORES R. BOYD*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr173-MHT*    **DEFENDANT NAME:** *Monica Pearl Woodall*

**AUSA:** *Christopher A. Snyder*    **DEFENDANT ATTY:** *Richard Kelly Keith*

Type Counsel:    ( ) Waived;    ( ) Retained;    ( X ) Panel CJA;    ( ) CDO

**USPO:** Terrance Marsall

**Defendant** _____ does    __x__ does NOT need and interpreter.

**Interpreter present?** __x__ NO    _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty            ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

    XCount(s) __1__ of the Felony Indictment.

    XCount(s) __2__ ❏ dismissed on oral motion of USA;

        x- to be dismissed at sentencing

X— **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

X— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

x — **ORDER:** Defendant Continued under  x - same bond ; Released on Bond & Conditions of Release

    ❏ summons; for:

❏ Trial on _____;    x- Sentencing    x - to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

    ❏ Posting a $_____ Bond;

    ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.