

**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

---

| | |
|---|---|
| One Court Square, Suite 201<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Telephone: 334/223-7280<br>Fax: 334/223-7560<br>Fin Lit Fax: 334/223-7201<br>Civil Fax 334/223-7418<br>Criminal Fax: 334/223-7135 |

November 3, 2006

**VIA HAND DELIVERY**

Ms. Christine Freeman
Executive Director
Federal Defender Program, Inc.
201 Monroe Street, Suite 407
Middle District of Alabama
Montgomery, Alabama 36104

   Re: <u>United States v. Taneshia Lawson</u>
     Discovery Letter No. 3

Dear Ms. Freeman:

  Enclosed please find the several photos of Ms. Brown's apartment complex and of the Quik Pawn Shop, which we plan to introduce at trial. They are Bates numbered sequentially from 98 to 104. Additional please find a number of 404(b) documents and 2 CD, which are the subject of the Notice of Intent to Use 404(b) Evidence which was served on the Court and on you this afternoon. We intend to introduce these documents at trial. The documents are Bates numbered sequentially from 105 to 124 and the CDs are Bates numbered sequentially from 125 to 126.

  Finally, there are some additional bank records, relating to this new conduct, which we have not received. As soon as we have these documents, I will e-mail or fax them to you. Please notify me promptly in writing if you are missing any of these materials. Otherwise, the United States considers this material to have been received in its entirety.

  This is the available discovery and disclosures for this case. The only materials that have not been provided to you are either privileged under the work product doctrine or otherwise prohibited from disclosure under federal law or court rules. If additional materials should come to my attention, I will provide them to you as soon as practicable in compliance with Fed. R. Crim P. 16(c) and the Standing Order.

  Please feel free to contact me to discuss this case or if you have any questions

about the discovery and disclosures provided.

Respectfully submitted,

LEURA G. CANARY
United States Attorney

by:

CHRISTOPHER A. SNYDER
Assistant United States Attorney



Photo Line up                                                    USSS/MON

I, Leah Cplin, _____ have identified the above circled photograph as the suspect in this case.

Signature: _Leah Cplin_____ Date: _11/2/06_

Location: _Sneakers    Auburn AL_____

Witness: _____ Date: _11/2/06_

_Fredrick, USSS_
_AcS411_

This is the female I saw on Sat 21. She also came in here one Sunday the 22 and stayed in here for about 2 hrs. Then got picked up. I Simone I saw take her check on Sat the 21.



Photo Line up

USSS/MON

I _NICKI THRASHVILL_ have identified the above circled photograph as the suspect in this case.

Signature: _____ Date: _11/2/06_

Location:
_SNEAKERS #6, AUBURN, AL_

Witness: _____ Date: _11/02/06_
_FEMALE, USSS_
_ACS-11_

" I SAW THIS LADY IN OUR STORE ON SUNDAY OCTOBER 22ND. SHE ENTERED THE STORE AROUND THE SAME TIME FRAME THE TRANSACTION TOOK PLACE. SHE WAS IN THE STORE FOR ABOUT AN HOUR & A HALF ON SUNDAY (USING OUR STORE PHONE, ETC.)

UNITED STATES SECRET SERVICE

CITY OF: Auburn

COUNTY OF: Lee

STATE OF: Alabama

I, Leah Nicole Epting , MAKE THE
FOLLOWING STATEMENT FREELY AND VOLUNTARILY TO
SA Fenwick , WHO HAS IDENTIFIED HIMSELF
TO ME AS A SPECIAL AGENT WITH THE UNITED STATES SECRET
SERVICE:

Sat 21, 22. Black Male came in Bought several
Jordan C. He stood back wrote a check then gave it to
me already filled out I still checked the id. it matched.
Ran it and it went though. Then he walked out and they
were parked down the right side near the dumpsters.
About 30-45 min later he came back with another
check ran it and didn't go through. He acted like he
didn't know what was going on. left and then came and got
his check. Sunday he came back said he talked to the
bank that he can only spend $400 a day. So ran the check
went trough again. Looked suspicious so Simone went
to the mall to get his tag tl. She actually took the check that day.
He didn't
have his
id.

I HAVE READ OVER THIS VOLUNTARY STATEMENT CONSISTING OF
___1___ PAGES, AND I HAVE BEEN GIVEN AN OPPORTUNITY TO MAKE
CORRECTIONS.  ALL FACTS CONTAINED HEREIN ARE TRUE TO THE
BEST OF MY KNOWLEDGE.

/s/ Leah EP

SWORN BEFORE ME THIS ___2nd___ DATE OF ~~Oct.~~ November , 20 06 .
AT, 3:15 AM/PM.

/s/ Fenwick, AOSH11

SPECIAL AGENT, U. S. SECRET SERVICE
AUTHORITY TO ISSUE OATH:  5 USC 303

WITNESSED: _____

108

UNITED STATES SECRET SERVICE

CITY OF: AUBURN
COUNTY OF: LEE
STATE OF: ALABAMA

I, Ryan Gregory Lackey , MAKE THE
FOLLOWING STATEMENT FREELY AND VOLUNTARILY TO
  SA FENWICK , WHO HAS IDENTIFIED HIMSELF
TO ME AS A SPECIAL AGENT WITH THE UNITED STATES SECRET
SERVICE:

I was at the Counter when the man was paying. The
check did not go through. He said that it should go through,
he had just deposited $2,500.00 (not positive on amount, but it
was close to that) then he left the store. I was then informed
that he was the man who had got all of the Jordans a day before
So I walked outside to get his licence plate # Martin Doorman
(owner of the building) was outside, had seen what happed earlier
and wrote down the licence number.

I HAVE READ OVER THIS VOLUNTARY STATEMENT CONSISTING OF
  1  PAGES, AND I HAVE BEEN GIVEN AN OPPORTUNITY TO MAKE
CORRECTIONS. ALL FACTS CONTAINED HEREIN ARE TRUE TO THE
BEST OF MY KNOWLEDGE.

/S/ Ryan G Lackey

SWORN BEFORE ME THIS  2nd  DATE OF November , 20 06
AT, 3:20 AM/PM

/S/ FENWICK A05411
SPECIAL AGENT, U. S. SECRET SERVICE
AUTHORITY TO ISSUE OATH: 5 USC 303

WITNESSED: _____

109



Photo Line up                                                                                    USSS/MON

I _Simone Hicks_ have identified the above circled photograph as the suspect in this case.

Signature: _Simone Hicks_  Date: _10-2-06_

Location: _SNEAKERS , 1775 OPELIKA RD., AUBURN , AL 36830_

Witness: _____  Date: _11/02/06_

USSS/MON
405411

**JACQUELINE M HUBBARD**
PH. 334-277-9169
668 N PASS RD
MONTGOMERY, AL 36110-2926

1150
61-7505/2622 15

Pay to the
Order of ___Sneakers___ | $ 237.58

Two hunred thirty saven dollars 58/100 Dollars

Your Community
Credit Union
myMAX.com

For ___Shoes___     Jacqueline Hubbard

⑆262275958⑆ ⑈1000002738 ⑉77⑈ 150

I Jacqueline M Hubbard (do)/ do not recognize the above Max Credit Union check

The name, address and phone number all appear to be (correct) / not correct.

The check was written by me / (someone else.)

I know / (do not know who tendered this check.)

Signature: _Jacqualine M Hubbard_ Name: _Jacqueline M Hubbard_ Date: _11-3-06_

Location: United States Secret Service, Montgomery, Alabama

Witness: _____ FENNICK, A0541 Date: _11/03/06_

111

DRIVER LICENSE

# ALABAMA

NO. 6528193          CLASS D

D.O.B. 10-27-1964     EXP 05-26-2007

JACQUELINE MARIE
HUBBARD
668 NORTH PASS ROAD
MONTGOMERY AL 36110-0000
ISS 10-16-2006

ENDORSEMENTS                    RESTRICTIONS

SEX F    HT 5'08    WT 240    EYES BRO    HAIR BRO    RACE B

112

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

☑ INCIDENT  ☑ OFFENSE
☐ SUPPLEMENT

Agency Name: Montgomery Police Dept.

Victim: Hubbard, Jacqueline (608) North Pass Rd Montg. Al 36110

Occupation: House Keeping  Address: 115 Union St Monte, Al 36104

Type of Offense: Theft of Property  UGR Code: 23 (E)

State/Local Ordinance

Place of Occurrence: 608 North Pass Rd Monta. Al 36110

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND, OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE STOLEN | DAMAGED | DATE | VALUE |
|---|---|---|---|---|---|
| 1 | Alabama Driver's license | 25 | | | |
| 1 | Max Federal CU checks | | | | |

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV 7-04

625357

## INCIDENT/OFFENSE REPORT CONTINUED

| 95 DATE AND TIME OF REPORT | 96 CASE # | 97 SFX | 98 | □ OFFENDER | □ CHECK IF MULTIPLE |
|---|---|---|---|---|---|
| 10270b 1440 | | | | □ SUSPECT | |
| | | | | □ MISSING PERSON | |

| 99 NAME (LAST, FIRST, MIDDLE) | 100 NICKNAME/ALIAS | 101 RACE | 102 SEX | 103 DOB | 104 AGE |
|---|---|---|---|---|---|

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |
|---|---|---|---|---|---|

| 111 PROBABLE DESTINATION | 112 ARMED? | 113 WEAPON |
|---|---|---|

| 114 CLOTHING | | 115 □ ARRESTED □ WANTED |
|---|---|---|

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 SEX | 119 DOB | 120 DOB | 121 AGE |
|---|---|---|---|---|---|

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |
|---|---|---|---|---|---|

| 128 PROBABLE DESTINATION | 129 ARMED? | 130 WEAPON |
|---|---|---|

| 131 CLOTHING | | 132 □ ARRESTED □ WANTED |
|---|---|---|

### WITNESSES

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|
| | | (  ) | (  ) |
| | | (  ) | (  ) |
| | | (  ) | (  ) |
| | | (  ) | (  ) |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |
|---|---|---|---|

### NARRATIVE

137

The victim stated that some unknown subject(s) stole the property listed from location the victim further advised that some unknown subject(s) stole forged then cashed several checks throughout the Montgomery area. The victim further advised the unknown subject(s) called and order more checks and had them sent to an unknown address

| | CONTINUED ON SUPPLEMENT? |
|---|---|
| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE

### ADMINISTRATION

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 TOTAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 147 CASE STATUS | 148 CASE DISPOSITION | EXCEPTIONAL CLEARANCE: | 149 REPORTING OFFICER |
|---|---|---|---|
| □ PENDING | | □ SUSPECT/OFFENDER DEAD | Cadt T.L. Dane 1495 |
| □ INACTIVE | □ CLEARED BY ARREST (JUV.) | □ OTHER PROSECUTION | 150 ASSISTING OFFICER |
| □ CLOSED | □ CLEARED BY ARREST (ADULT) | □ EXTRADITION DENIED | |
| ENTERED ASCEND DATE | □ UNFOUNDED | □ LACK OF PROSECUTION | 151 SUPERVISOR APPROVAL    ID # |
| | □ ADM. CLEARED | □ JUVENILE, NO REFERRAL | 152 WATCH CMDR.    ID # |
| | | □ DEATH OF VICTIM | |

114

U6016 544

JACQUELINE M HUBBARD
PH. 334-277-9168
850 N PASS RD
MONTGOMERY, AL 36110-2286

1150

Date 10-21-06

Pay to the
Order of        Sneaker's                    $ 237 59

Two  hunred  thirty  seven  dollars  59/xx        Dollars

Your Community
CREDIT UNION

For    Shoes                    Jacqueline Hubbard

⑯

CHECK SALE

SNEAKERS
1775 OPELIKA RD STE 14
AUBURN, AL 36830
334-502-7831

Date: 10/21/2006        Time: 03:14PM

MERCHANT ID    : 641-602201-607
REF NUMBER     : 802
CHECK AMOUNT   : $237.56
MICR           : xxxxxxxx1150
CHECK NUMBER   : 113000002738
ID NUMBER      : AL-xxxxx6193

AUTH NUM 405-972

I authorize the merchant to convert my
check to an electronic funds transfer or
paper draft, and to debit my account for
the amount of the transaction.  In the
event that my draft or EFT is unpaid,
I agree that a fee of $30.00
or as allowed by law may be charged to
my account via draft or EFT.

Phone Number: _____

Printed Name: _____

Jacqueline Hubbard
SIGNATURE

CHECK CONVERSION BY
GLOBAL ETELECOM
1-888-481-0757

5

115

# AUBURN POLICE DIVISION

## INCIDENT/OFFENSE REPORT
## SIGNATURE SHEET

Agency Case #: _06016332 / 06016349_

On _10-26-06_    the crime of _Forgery_
      *(date)*                         *(offense)*

and _____ was reported to the Auburn Police Division
            *(offense)*

by _Adam S. Cook_ .
        *(complainant/victim)*

I have reported the above crime and all information given by me is correct to the best of

knowledge. I will assume full responsibility for notifying the Auburn Police Division if

any stolen property or missing person hereby reported is located.

X _____
            *(complainant/victim signature)*

_____
            *(reporting officer)*

Victim/Complainant SSN: 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   Phone #: 706-594-6996

Victim/Complainant Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Employer/School/Occup: _____

Address: 1775 Opelik Rd 14   Phone #: 334-502-7631

City: Auburn   State: _____ Zip: 36830

Race: _____ Sex: _____ DOB: _____ Hgt: _____ Wgt: _____

Place of Occurrence: Snakers

Date(s): 10-21-06  3:14p -3:20p  Time(s): 2:21p  10-22-06

*Property Stolen/Recovered/Lost/Found/Destroyed*

| Qty | Description | Value |
|---|---|---|
| SKids & 3 areas | 8 pair of Air Jordan's | |
| | Postal Insp Jim Tynan 334-244-7644 | |
| | Secret Trevor Fenwick 334-223-7601 | |

Tag: 3BB89M  State: A1  Year: _____ VIN: 2GCEC19T3Y1159853

VYR: 00  Make: Chevy 1500  Model: Truck   Color: Maroon

Description/Insurance: _____

*Witness/Suspect*

Name: _____

Address: _____

DOB: -25   SSN: _____ Phone #: _____

Race: Q  Sex: M  Hgt: 6'0  Wgt: 280  Eye/Hair: Bld

Clothing/Employer: _____

*Witness/Suspect*

Name: _____

Address: _____

DOB: 45   SSN: _____ Phone #: _____

Race: Q  Sex: F  Hgt: 5'9  Wgt: 250  Eye/Hair: _____

Clothing/Employer: _____

Yashica Morris
2317 Stella St
Abbeville AL
1032741
117

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

Buckoa

| VICTIM SSN | COMPLAINT SSN | 1 ☑ INCIDENT ☐ OFFENSE ☐ SUPPLEMENT | 2 CASE # | 3 SFX |
|---|---|---|---|---|
| | 2 5 6 1 3 7 7 8 5 8 | | 0 6 0 1 6 3 4 9 | |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | 6 AGENCY NAME | 7 SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|
| 0 4 3 0 1 0 0 | M 1 0 D 2 6 Y 0 6   17:28 ☐ AM ☑ PM ☐ MIL | AUBURN POLICE DEPART | M D Y |

| 8 REPORT BY ☐ VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE |
|---|---|---|
| COOK, ADAM S | 1775 OPELIKA RD #14   AUBURN, AL 36830 | (706) 594-6995 |

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | P SX | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|---|
| SNEAKERS, | | 1775 OPELIKA RD #14   AUBURN, AL 36830 | (334) 502-7631 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|

| 19 | 20 INJURY | 21 RACE | 22 SEX | 23 HGT | 24 WGT | 25 DOB | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ RESIDENT ☐ NON-RESIDENT | ☐ Y ☐ N | ☐ W ☐ A ☐ I ☐ B ☐ O | ☐ MALE ☐ FEMALE | | | M   D   Y | | ☐ Y ☐ N | | |

| 30 TYPE INCIDENT OR OFFENSE   ☐ FEL.  ☑ MISD. | 31 DEGREE (CIRCLE) 1  2 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| FORGERY 3RD | | 2 5 8 9 | 013A-09-0004 |

| 34 TYPE INCIDENT OR OFFENSE   ☐ FEL.  ☑ MISD. | 35 DEGREE (CIRCLE) 1  2  3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| THEFT 3-FROM PUBLIC BUILDING | | 2 3 0 8 | 013A-08-0005 |

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
|---|---|
| SNEAKERS  1775 OPELIKA RD A   AUBURN, AL 36830 | 8 5 Z 1 6 |

| 40 POINT OF ENTRY | 41 METHOD | 42 ASSAULT | 43 TREATMENT FOR ASSAULT INJURY |
|---|---|---|---|
| ☑ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER | ☐ FORCIBLE ☐ ATT. FORCIBLE ☑ NO FORCE | ☐ SIMPLE ☑ AGGR. | ☐ Y ☑ N |

| OCCURRED ON OR BETWEEN | 44 TIME 15:14 ☐ AM ☑ PM ☐ MIL | 45 | 46 | 47 LIGHTING | 48 WEATHER | 49 PREMISE | 50 CODE |
|---|---|---|---|---|---|---|---|
| 1 0 2 1 0 6 | 52 TIME ☐ AM ☐ PM ☐ MIL | 51 | 53 | ☐ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ DARK | ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☑ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT.-TWN. HSE ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER |

| 54 VERIFY FOR ☐ Y | 55 TREAT. FOR ☐ Y | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE |
|---|---|---|---|
| RAPE EXAM ☐ N | RAPE INJURY ☑ N | LOCATION: RAPE | |

| 58 WEAPON USED | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE |
|---|---|
| ☐ FIREARM ☐ HANDS, FISTS, VOICE, ETC. ☑ KNIFE ☐ OTHER DANGEROUS | DESCRIBE:   ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| 5 | PAIR OF CHILDREN'S SIZE AIR JORDAN SNEAKERS | 238 | | | |
| | | | | | |

☐ CONTINUED IN NARRATIVE

**DOLLAR VALUE**

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R O C | S R O C | S R O C | 238 S R O C | S R O C | S R O C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R O C | S R O C | S R O C | S R O C | S R O C |

**VEHICLES**

| 76 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☑ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |
|---|

| 76 ☐ STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 30 TAG COLOR | 81 VIN | |
|---|---|---|---|---|---|---|
| | 3B8889M | AL | 2007 | WHITE | 2 G C E C 1 9 T 3 Y 1 1 5 9 3 5 3 | |

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|
| 2000 | CHEV | 150 | NA | TOP: MAROON   BOTTOM: MAROON | |

| STOLEN DTA. | 88 AREA STOLEN | 89 OWNERSHIP | 90 WARRANT SIGNED |
|---|---|---|---|
| VEH ONLY ☐ | ☐ BUS. ☐ RES. ☐ RUR. | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER   VERIFIED BY: | M   D   Y |

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE |
|---|---|

| MOTOR VEH. | 93 STOLEN IN YOUR JURISDICTION? ☑ | 94 RECOVERED IN YOUR JURISDICTION? ☑ |
|---|---|---|
| | ☐ WHERE? | ☐ WHERE? |

TYPE OR PRINT IN BLACK INK     ACJIC-32 REV. 6-94

INCHES    1    2    3    4    5    6

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 1 1 0 2 6 0 6 | 17:28 | AM PM MIL | 96 CASE # 0 6 0 1 6 3 4 9 | 97 SEX | 98 OFFENDER SUSPECT MISSING PERSON | 99 CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) UNKNOWN, | | 100 NICKNAME/ALIAS | 101 RACE W A B O H | 102 SEX MALE FEMALE | 103 DOB M D Y | 104 AGE 045 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | | 106 HGT 5'09" | 107 WGT 250 | 108 EYE | 109 HAIR | 110 COMPLEXION MED BROWN |

| 111 PROBABLE DESTINATION | | 112 ARMED? Y N UNK. | 113 WEAPON |

| 114 CLOTHING | SCARS MARKS TATOOS | 115 ARRESTED WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE W A B O H | 119 SEX MALE FEMALE | 120 DOB M D Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | 129 ARMED? Y N UNK. | 130 WEAPON |

| 131 CLOTHING | SCARS MARKS TATOOS | 132 ARRESTED WANTED |

WITNESSES

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|
| NONE, | | | |

WITNESS #1 SSN    WITNESS #2 SSN    WITNESS #3 SSN    WITNESS #4 SSN

137
ADAM COOK, SNEAKERS MANAGER, REPORTED AN UNKNOWN SUSPECT PURCHASING THE LISTED ITEMS WITH WHAT IS BELIEVED TO BE A

FORGED INSTRUMENT. COOK STATED THAT ON THE LISTED DATE AND TIME THE SUSPECT ENTERED THE STORE AND PURCHASED 5 PAIR OF

CHILDREN'S AIR JORDAN SNEAKERS. THE SUSPECT WAS SEEN LEAVING IN THE LISTED VEHICLE. THE SUSPECT VEHICLE COMES BACK TO TASHINA

MORRIS OF 2317 STELLA ST, MONTGOMERY AL 36108. COOK ADVISED ME THAT HE WAS CONTACTED BY SECRET SERVICE AGENT TREVOR

FENWICK WHO ADVISED HIM THAT THE ACCOUNT ON THE CHECKS WERE FRAUDULANT.

NARRATIVE

CONTINUED ON SUPPLEMENT

ASSISTING AGENCY ORI                ASSISTING AGENCY CASE #

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE _____

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ORIGINAL CASES CLOSED NARRATIVE Y N |
|---|---|---|---|---|---|---|---|

| 147 CASE STATUS PENDING INACTIVE CLOSED UNFOUNDED | 148 CASE DISPOSITION: CLEARED BY ARREST (JUV.) CLEARED BY ARREST (ADULT) UNFOUNDED ADM. CLEARED | EXCEPTIONAL CLEARANCE SUSPECT/OFFENDER DEAD OTHER PROSECUTION EXTRADITION DENIED LACK OF PROSECUTION JUVENILE, NO REFERRAL DEATH OF VICTIM | 149 REPORTING OFFICER PERKINS, DENTRY C     ID # 06622 |
| | | | 150 ASSISTING OFFICER     ID # |
| | | | 151 SUPERVISOR APPROVAL     ID # VICKERS  06634 | 152 WATCH CMDR.     ID # THEE  02138 |

119

United States Secret Service
Montgomery RA



CITY OF: MONTGOMERY
COUNTY OF: ——"——
STATE OF: ALABAMA

I, _Elaine P. Cooper_____, MAKE THE FOLLOWING
STATEMENT FREELY AND VOLUNTARILY TO SA FENWICK,
WHO HAS IDENTIFIED HIMSELF TO ME AS A SPECIAL AGENT WITH THE
UNITED STATES SECRET SERVICE.

I first discovered my checking account
had been compromised on Oct. 20 when
I went online (Regions) & saw where a
debit to Nextel had been drawn from
my acct. in the amt. of $221.00. Upon
further investigation I noticed a check
for $25.00 had been written to Knik
Shop on Oct. 17. The check number
was a series of new checks that I
never rec'd. I had ordered checks
earlier but since I don't write more
than 2 or 3 checks per month, I didn't
realize that I never rec'd the checks
until investigating my acct. further.
I immediately contacted Regions bank
on or about Oct. 20. I also filed a
report w/ the Montgomery Police Dept. on
or about Oct. 20.
    Regions Bank has supplied me w/
numerous checks & I have signed
affidavits for each of those rec'd
thus far.
    I have reason to believe the checks

ec

were taken by drug users & frequent visiters to Bill Deits (located next door) Condo which is adjacent to ours & is only a few feet from our front door.

What puzzles me is that the checks were mailed in ~~Octo~~ August but were not passed until October.

With regard to officials I have spoken with concerning the checks was the officer who filed the original report.

With regard to the drug situation I have spoken w/

Cpl K.A. Bentley — 241-4728 (narcotics)
Lt. Scott                     (narcotics)
Agent Denny Merritt — DA's office — 832-1677
& ~~off~~ a police in patrol car

Checks sent to me from Regins

| # | | Amount | Date |
|---|---|---|---|
| 1762 | Southern Family (Tallassee) | $130.32 | 10/21 |
| 1752 | Amoco (Gay Meadow) | $45.26 | 10/24 |
| 1753 | B&R Towing | $85.00 | 10/19 |
| 1782 | Citgo #10 | $25.00 | 10/23 |
| 1755 | Murphy USA #6728 | $32.12 | 10/19 |
| | Kwik Shop (Fairground Rd) | 25.00 | 10/17 |

121

PAGE 3 OF 3 PAGES

I have called Betsy @ B&R Towing three times to ask for a description of the vehicle that was towed. She has not yet provided it.

Carol Mills @ Regions Bank has the police report (if I remember correctly). I believe she needed it to prepare the affidavits. I failed to keep a copy.

I HAVE READ OVER THIS VOLUNTARY STATEMENT CONSISTING OF _____ PAGES, AND I HAVE BEEN GIVEN AN OPPORTUNITY TO MAKE CORRECTIONS. ALL FACTS CONTAINED HERIN ARE TRUE TO THE BEST OF MY KNOWLEDGE.

/S/ _Elaine D Cooper_

SWORN BEFORE ME THIS _3rd_ DAY OF _Nov_, 20_06_, AT _2:45_ AM/PM

/S/ _____ FENWICK A05411

SPECIAL AGENT, US SECRET SERVICE

AUTHORITY TO ISSUE OATH: 5USC303

WITNESSED: _____

Correct
e a

LABARON COOPER
OR ELAINE P COOPER
2916 Canterbury Dr
Montgomery, AL 36111
Ph (334) 356-7611

1758
51-669/620

#t 1896448
EXP 9-10-13
DOB 8-17-89    10-21-06    DATE

PAY TO THE
ORDER OF   Sneakers                           $ 237.58

two hunced and thirty eight /58        DOLLARS

REGIONS ▲
BANK

FOR  Sho                        Labaron Cooper

⑆062005690⑆ 0  0642 2195⑈ 1758

I _Elaine P Cooper_ do / do not recognize the above Regions Bank check.

The name, address and phone number all appear to be (correct) / not correct.

The check was written by me / (someone else.)

I know / (do not know) who tendered this check.

Signature: _Elaine P Cooper_ Name: _Elaine P Cooper_ Date: _11/3/06_

Location: United States Secret Service, Montgomery, Alabama

Witness: _____ FENWICK, A05411  Date: 11/03/06

United States Secret Service, Montgomery, AL

LABARON COOPER
OR ELAINE P COOPER
2916 Canterbury Dr
Montgomery, AL 36111
Ph (334) 356-7611

1765
61-580/620

DATE 10-22-06

PAY TO THE
ORDER OF  Sneakers    $ 183.50

One hundred eighty three /50  DOLLARS

REGIONS
BANK  Shoes

FOR  Shoes    Labaron Cooper

⑆062005690⑆ 02 0642 21 5⑆ 1765

---

I _Elaine P Cooper_ do (do not) recognize the above Regions Bank check.

The name, address and phone number all appear to be (correct) / not correct.

The check was written by me / (someone else).

I know / (do not know) who tendered this check.

Signature: _Elaine P Cooper_ Name: _Elaine P Cooper_ Date: _11/3/06_

Location: United States Secret Service, Montgomery, Alabama

Witness: _____ FENWICK, A05411 Date: _11/03/06_
United States Secret Service, Montgomery, AL

124