IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| **MONICA PEARL WOODALL** | ) | |

### ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (doc. no. 152) is granted.

(2) Sentencing for defendant Monica Pearl Woodall, now set for January 31, 2007, is reset for March 7, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 4th day of December, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**