PS 8
(AL/M, 7/03)

# United States District Court

## for

## Middle District of Alabama

**RECEIVED**
2007 FEB 13  P 1:46

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Monica Pearl Woodall               Case Number: 2:06CR173-MHT

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker

Date of Release: August 8, 2006

Original Offense: Conspiracy to Defraud the U.S.
   Theft of Government Property
   Aiding and Abetting

Type of Release: $25,000 Unsecured Appearance Bond

Assistant U.S. Attorney: Chris Snyder                  Defense Attorney: Richard Keith

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number Release Condition | Nature of Noncompliance |
|---|---|
| (2) The defendant shall immediately advise the court, defense counsel, and the U.S. Attorney, in writing, of any change in address and telephone number. | On January 29, 2007, the defendant, after being questioned by the supervising officer regarding her current address, informed that she had changed residences on or about January 22, 2007. The defendant provided no viable explanation as to her failure to report this change of address. |
| 7(e) The defendant shall maintain or actively seek employment | On December 23, 2006, the defendant was terminated for gross misconduct from her employment at Wal-Mart, located on Ann Street in Montgomery, Alabama. The defendant failed to properly notify the supervising officer of this change in employment status as required. Prior to February 1, 2007, the defendant remained unemployed and was not actively seeking employment as required. |

PS 12C
(AL/M, 7/03)

2

| | |
|---|---|
| 7(u) The defendant shall report as soon as possible, to the pretrial service officer, or supervising officer, any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. | On November 8, 2006, the defendant was cited for Driving While License Revoked, Operating Vehicle Without Insurance, and Driving Without a Seatbelt. The citations were issued in Montgomery County by Alabama State Trooper Taylor. As of February 8, 2007, the defendant has failed to notify the supervising officer of this contact with law enforcement. Additionally, on December 29, 2006, the defendant was cited for Driving While License Revoked and Operating Vehicle Without Insurance. This citation was issued by the Prattville Police Department. The defendant also failed to notify the supervising officer of this contact with law enforcement. |
| 1) The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case. | On January 13, 2007, a warrant of arrest was issued by the Montgomery Municipal Court following a complaint charging her with Disorderly Conduct. Woodall is alleged to have threatened her neighbor, Lynanne Brown, with a hammer. |

**Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance:**

On August 8, 2006, the defendant acknowledged an understanding of her conditions of release. The conditions were further reviewed with the defendant on August 29, 2006 and on January 30, 2007. On both occasions, the defendant acknowledged an understanding of the conditions of release and was provided a copy.

On August 28, 2006, the defendant failed to report to the U.S. Probation Office as instructed and was subsequently issued a verbal reprimand for this noncompliance. Additionally, on January 4, 2007, the defendant failed to report to the U.S. Probation Office as instructed.

On December 23, 2006, as described in the petition, the defendant was terminated from her employment at Wal-Mart. After providing sufficient opportunity to provide an accurate, truthful account, the defendant provided false information to the supervising officer regarding the actual reason for her dismissal from Wal-Mart. She indicated that her termination was due to excessive tardiness, however, the terminal report makes no reference to excessive tardiness. The report actually indicates that Woodall was terminated for "Gross Misconduct-Integrity Issue (Theft, Violent Act, Dishonesty, Misappropriation of Company Assets)." The report further indicates that Woodall, while employed as a cashier, engaged in fraudulent activity by accepting altered checks in excess of $1,700.00.

During an office contact with the defendant on January 30, 2007, Woodall reported that she changed residences due to "personal reasons". It was later determined that Woodall had actually been evicted from the property located at 2717 Spann Place, Montgomery, Alabama. It should be noted that Woodall failed to disclose this information to the supervising officer.

**U.S. Probation Officer Recommendation:**

The defendant has been afforded ample opportunity to comply with the conditions of her bond. Since her release, she has continued with a pattern of deception and has had numerous encounters with law enforcement. All efforts to bring the defendant into compliance have been exhausted.

[X]   The defendant's release should be revoked and defendant detained.

[ ]   The conditions of release should be modified as follows:

PS 12C
(AL/M, 7/03)

3

Respectfully submitted,

by *[signature]*
Jason M. Dillon
U.S. Probation Officer
Date: February 13, 2007

Reviewed and approved: *Sandra Wood*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*[signature]*
Signature of Judicial Officer

2/14/07
Date