IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| **MONICA PEARL WOODALL** | ) | |

### ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (doc. no. 207) is granted.

(2) Sentencing for defendant Monica Pearl Woodall, now set for March 7, 2007, is reset for July 3, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of February, 2007.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE