MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE, PRESIDING
MONTGOMERY, ALABAMA

| | | |
|---|---|---|
| DATE COMMENCED: | March 5, 2007 | 3:15 p.m. |
| DATE COMPLETED: | March 5, 2007 | 4:48 p.m. |

UNITED STATES OF AMERICA      *

vs                            *        2:06cr173-MHT

MONICA PEARL WOODALL          *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Christopher Snyder | | Richard Keith |

---

COURT OFFICIALS PRESENT:

| | |
|---|---|
| Joyce Taylor, Courtroom Deputy | Jason Dillon, USPO |
| | Tamara Martin, USPO |

---

PROCEEDINGS:

REVOCATION HEARING

| | |
|---|---|
| 3:15 p.m. | Court convenes. |
| 3:15 p.m. | Mr. Keith states defendant denies all allegations set out in petition except 7(u). |
| 3:17 p.m. | Defendant sworn. Court's questions to defendant. Defendant states she admits violation 7(u). Court accepts defendants plea of guilty as to violation 7(u). |
| 3:18 p.m. | Government's direct examination. (Dillon) |
| 3:27 p.m. | Court's questions to witness. (Dillon) |
| 3:29 p.m. | Mr. Keith cross examination. (Dillon) |
| 3:47 p.m. | Government re-direct examination. (Dillon) |
| 3:49 p.m. | Government direct examination. (Lovejoy) |
| 3:51 p.m. | Government moves to admits exhibits 4.1 - 4.3. Mr. Keith objections. Court's overrules objections and admits exhibits. |
| 3:52 p.m. | Government direct examination continues. (Lovejoy) |
| 3:55 p.m. | Court's questions to witness. (Lovejoy) |
| | Government's direct examination continues. (Lovejoy) |
| 3:57 p.m. | Mr. Keith cross examination. (Lovejoy) |

## CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 4:01 p.m. | Government's direct examination. (Brown) |
| 4:06 p.m. | Mr. Keith cross examination. (Brown) |
| 4:12 p.m. | Government rests. |
| 4:13 p.m. | Government invokes the rule. |
| 4:14 p.m. | Mr. Keith direct examination. (Woodall) |
| 4:26 p.m. | Mr. Keith direct examination. (Watson) |
| 4:31 p.m. | Government cross examination. (Watson) |
| 4:35 p.m. | Mr. Keith direct examination. (Pollard) |
| 4:37 p.m. | Court's discussions with counsel regarding sentencing. |
| 4:38 p.m. | Mr. Keith direct examination continues. (Pollard) |
| 4:40 p.m. | Defendant rests. Mr. Keith oral arguments. |
| 4:42 p.m. | Government oral arguments. |
| 4:43 p.m. | Court's statements to defendant. Court finds that defendant has violated the conditions of her release. Court's further statements to defendant. |
| 4:46 p.m. | Mr. Dillon's statements to the court regarding conditions that could be placed and his recommendations. |
| 4:47 p.m. | Court will revoke defendant's pretrial release. Defendant remanded to custody of U. S. Marshal. |
| 4:48 p.m. | Court recessed. |