IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     *

VS.     *     2:06cr173-MHT

MONICA PEARL WOODALL     *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Jason Dillon | 1. Monica Pearl Woodall |
| 2. Gerald Lovejoy | 2. Dan Watson |
| 3. Lynanne Brown | 3. Betty Pollard |