✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  MIDDLE  | DISTRICT OF | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA | **GOVERNMENT'S EXHIBIT LIST** |
|---|---|
| V. | |
| MONICA PEARL WOODALL | Case Number: 2:06cr173-MHT |

| PRESIDING JUDGE<br>SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY<br>CHRISTOPHER SNYDER | DEFENDANT'S ATTORNEY<br>RICHARD KEITH |
|---|---|---|
| TRIAL DATE (S)<br>MARCH 5, 2007 | COURT REPORTER | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| GOV NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ---- | | | | | |
| ---- | | | | | |
| ---- | | | | | |
| 4.1 | | 3/5/07 | | Yes | Receipt - Wal Mart Stores |
| 4.2 | | 3/5/07 | | Yes | Receipt - Wal Mart Stores |
| 4.3 | | 3/5/07 | | Yes | Receipt - Wal Mart Stores |
| 5.1. | | 3/5/07 | | Yes | Complaint - Montgomery Municipal Court |
| 5.2 | | 3/5/07 | | Yes | Certificate of Execution |
| 5.3 | | 3/5/07 | | Yes | Montgomery Municipal Court documents |
| 5.4 | | 3/5/07 | | Yes | Deposition - Montgomery Municipal Court |
| 5.5 | | 3/5/07 | | Yes | Montgomery Municipal Court document |
| 5.6 | | 3/5/07 | | Yes | Warrant of Arrest |
| 5.7 | | 3/5/07 | | Yes | Certificate of Execution |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE FOLEDER WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages