IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:06-cr-0173-MHT |
| ) | |
| MONICA PEARL WOODALL, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO RECONSIDER DETENTION ORDER

COMES NOW the defendant Monica Pearl Woodall, by and through the undersigned appointed counsel, and respectfully requests, this Honorable Court to reconsider her currently imposed detention order.

As grounds in support thereof, the following is stated:

1. The defendant was released on an appearance bond on August 8, 2006.

2. On March 5, 2007, the defendant had her pretrial release revoked due to violations per the February 13, 2007 Petition for Warrant/Summons and Report.

3. Defendant pled guilty on October 6, 2006 pursuant to a plea agreement with the United States Attorney's Office.

4. The defendant's sentencing has been continued several times so that she may complete her cooperation agreement.  Sentencing is presently set for July 3, 2007.  The defendant expects to be sentenced to a term of supervised release.

5. The defendant is able to resume employment at ASK Telemarketing if released.

6. If released prior to April 1, 2007, the defendant will have a residence for her and her three (3) children.

7. Defendant has three (3) minor children staying separated with family and friends that should be with their mother.

8. The defendant moves that she be considered for release on electronic monitoring.

WHEREFORE, the defendant moves this Honorable Court to reconsider its Detention Order and allow Defendant to be released on electronic monitoring or, in the alternative, this matter be set for a hearing.

Respectfully submitted this 28th day of March, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher Snyder, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith<br>**OF COUNSEL**