**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:06-cr-0173-MHT |
| ) | |
| MONICA PEARL WOODALL, ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENT TO MOTION TO RECONSIDER DETENTION ORDER

COMES NOW the defendant Monica Pearl Woodall, by and through the undersigned appointed counsel, and respectfully requests, this Honorable Court to reconsider her currently imposed detention order.

As grounds in support thereof, the following is stated:

1. United States Probation Officer Jason Dillon has approved Defendant's residency with her former sister-in-law, Betty Pollard, upon release from detention.

2. Defendant will comply with conditions of electronic monitoring as imposed by United States Probation Officer Jason Dillon.

3. United States Probation Officer Jason Dillon and Assistant United States Attorney Christopher Snyder have no objection to the defendant's release on these, and the previously submitted, grounds.

4. Defendant shall remain in custody pending hook-up of electronic monitoring equipment.

WHEREFORE, the defendant moves this Honorable Court to reconsider its Detention Order and allow Defendant to be released on electronic monitoring or, in the alternative, this matter be set for a hearing.

Respectfully submitted this 16th day of April, 2007.

                                      s/ Richard K. Keith
                                      **RICHARD K. KEITH (KEI003)**
                                      Attorney for Defendant
                                      **KEITH & DUBIN, P.C.**
                                      22 Scott Street
                                      Montgomery, AL  36104-4012
                                      Telephone: (334) 264-6776
                                      Facsimile:  (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher Snyder, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                      s/ Richard K. Keith
                                      **OF COUNSEL**