IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr173-MHT |
| | ) | |
| MONICA PEARL WOODALL | ) | |

## **ORDER**

Upon consideration of defendant's motion for reconsideration (Doc. # 216), filed March 28, 2007, and supplemental motion for reconsideration (Doc. # 217), filed April 16, 2007, and for good cause, it is

ORDERED that a hearing on the motion is scheduled for 9:45 a.m. on April 19, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 18th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE